IN RE: David L. ROSE, Respondent.

Bar Registration No. 376379

No. 17–BS–283

District of Columbia Court of Appeals.

(FILED July 27, 2017)

DDN: 205–16

BEFORE: Fisher and Easterly, Associate Judges; and Nebeker, Senior Judge.

## AMENDED ORDER *

PER CURIAM

Upon consideration of the petition of the Board on Professional Responsibility's (the "Board") pursuant to D.C. Bar R. XI, § 13(c), to suspend respondent indefinitely based on disability, and the Board's motion to file under seal, and it appearing that neither respondent nor Disciplinary Counsel has interposed any objection thereto, it is hereby

ORDERED that the Board's motion to file under seal is granted. It is

FURTHER ORDERED that respondent is indefinitely suspended from the practice of law in the District of Columbia, effective immediately, and any pending matters be held in abeyance pursuant to D.C. Bar R. XI § 13(g). It is

FURTHER ORDERED that respondent's attention is drawn to requirements of D.C. Bar R. XI, §§ 14 and 16, relating to suspended attorneys. It is

FURTHER ORDERED that respondent shall file an affidavit in compliance with D.C. Bar R. XI, § 14(g) with the Court and the Board and shall serve a

respondent's full name.

copy of the affidavit on Disciplinary Counsel.